UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61956-CIV-SMITH

MOZART DOS SANTOS
MIRANDA JUNIOR,

     Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al*.,

     Defendants.

_____/

**FINAL ORDER OF DISMISSAL**

This cause is before the Court upon the Petitioner's Notice of Voluntary Dismissal Without Prejudice [DE 6]. Upon consideration, it is

**ORDERED** that:

1.    This case is **DISMISSED with prejudice**. The parties shall bear their own attorney's fees and costs.

2.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of July, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record